ROBERT BERRY, respondent,

*v.*

THOMAS E. STEWART et al., appellants.

[Decided April 1st, 1926.]

On appeal from a decree of the court of chancery.

*Mr. John C. Reed,* for the respondent.

*Messrs. Cole & Cole,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *3 N. J. Mis. R. 1057.*

*For affirmance*—TRENCHARD, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.    11.

*For reversal*—None.